**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

UNITED STATES OF AMERICA,
    Plaintiff,

       vs.                      Criminal No. 99-230-04(PG)

ROLANDO RIVERA-BIANCHI,
    Defendant.

| MOTION | ORDER |
|---|---|
| **DOCKET #147** - Motion Requesting Early Termination. | **GRANTED.** |

Date: November 15, 2004.

                                    S/JUAN M. PÉREZ-GIMÉNEZ
                                    U.S. District Judge